BRITTON MILLING COMPANY, Appellant, v. WILLIAMS, Respondent.

(187 N. W. 161.)

(File No. 4821.   Opinion filed March 10, 1922.)

**Negotiable Instruments—Decision In Case No. 4820 Followed.**

As in Britton Milling Co. v. H. J. Williams, 187 N. W. 159, No. 4820, former decision affirmed in part and reversed in part. On rehearing.

*Harold W. King,* and *McNulty & Campbell,* for Appellant.
*Campbell & Walton,* for Respondent.

POLLEY, J.   This case is here on rehearing, and has been considered in connection with Britton Milling Co. v. H. J. Williams (No. 4820) 184 N. W. 265, in which opinion on rehearing was handed down on the 1st day of March, 1922, and will be

found reported in 187 N. W. 159. The material facts in the two cases being identical, the result is the same as in No. 4820.

The judgment and order appealed from are affirmed.